UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
      USA,

         - against -

TURHAN JESSAMY,

                Defendant(s).
--------------------------------------------------------x

**RESCHEDULING ORDER**

24 Cr. 0086 (NSR)
11 Cr. 500-04 (NSR)

NELSON S. ROMÁN, U.S.D.J.:

    At counsel's request, the Court scheduled an Evidentiary Hearing for May 21, 2025 in Violation of Supervised Release ("VOSR") cases 24 Cr. 0086 (NSR) and 11 Cr. 500-04 (NSR).

    On May 13, 2025, counsel emailed the Court to inform that the Defendant intends to enter an admission to one specification in each of the VOSR cases and requested that the Court convert the Evidentiary Hearing into admissions and sentences for the two VOSR cases. Therefore, is hereby

    ORDERED that the **Evidentiary Hearing be converted to Admissions and Sentencings on May 21, 2025 at 11:00 am in both VOSR cases 24 Cr. 0086 (NSR) and 11 Cr. 500-04 (NSR).**

Dated:    White Plains, New York
              May 13, 2025

SO ORDERED.

_____
Hon. Nelson S. Román, U.S.D.J.


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/13/2025